**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SERMATECH INTERNATIONAL, INC.) | CASE NO.1:08CV2198 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Vs. ) | |
| ) | |
| GOODRICH CORP. ) | ORDER |
| ) | |
| Defendant. ) | |

### CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Plaintiff Sermatech International, Inc.'s Motion for a Temporary Restraining Order (ECF # 2). On September 16, 2008, the Court held an attorneys conference on the Motion. As a result, the parties agreed to the attached Consent Order. Therefore, the Plaintiff's Motion for a Temporary Restraining Order is denied as moot.

IT IS SO ORDERED.

September 17, 2008       S/Christopher A. Boyko
Date      CHRISTOPHER A. BOYKO
     United States District Judge