# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SERMATECH INTERNATIONAL, INC. ) | CASE NO. 1:08-CV-02198 |
| Plaintiff, ) | JUDGE CHRISTOPHER BOYKO |
| vs. ) | |
| GOODRICH CORPORATION, ) | NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendant. ) | |

Now comes the Plaintiff, Sermatech International, Inc., by undersigned counsel, and dismisses the above-captioned litigation in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Pursuant to the Parties' Settlement Agreement, which resolves all of the issues raised in this litigation, Goodrich will bear all court costs.

Respectfully submitted,

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

NOVEMBER 10, 2008

*/s/ Lea Carol Owen*
Lea Carol Owen (Tenn. B.P.R. 19531)
WALLER LANSDEN DORTCH &
DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: carol.owen@wallerlaw.com

Kerin Lyn Kaminski (0013522)
Carole Schwartz Rendon (0070345)
GIFFEN & KAMINSKI, LLC
1717 East Ninth Street, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 621-5161
Facsimile: (216) 621-2399
Email: kkaminsk@thinkgk.com
Email: crendon@thinkgk.com

*Counsel for Plaintiff*

2512066.1